**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

### MATT MALOUF, Appellant

### V.

### STERQUELL PSF SETTLEMENT, L.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

On October 30, 2018, we ordered court reporter Vielica Dobbins to file a supplemental reporter's record containing a copy of plaintiff's exhibit 114 no later than 3:00 p.m. on November 2, 2018. Our October 30th order was the third order in connection with the supplemental record. Ms. Dobbins did not file the record, but sought an extension, explaining she did not have all the documents that were included in the exhibit.

At our request, the parties filed a joint response to the extension request. In the response, the parties state they have furnished Ms. Dobbins the missing documents and they agree she now has the entire exhibit.

We **GRANT** the extension request and **ORDER** the supplemental record be filed no later than November 21, 2018. We caution Ms. Dobbins that extension requests will be disfavored

and that failure to comply could result in an order that she not sit as reporter until the record is filed.

/s/     DAVID EVANS
        JUSTICE